

FILED

05/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0111

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0111

JADA KU,

      Plaintiff and Appellant,

v.

GREAT FALLS PUBLIC LIBRARY,

      Defendant and Appellee.

FILED

MAY 19 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Self-represented Appellant Jada Ku (Ku) has filed a Motion for Extension of Time to file her opening brief, stating that she needs someone to represent her in her case. Ku provides that she does not know the legal process, that she has a language barrier, and that no one has helped her even though she has requested assistance. Through counsel, Great Falls Public Library (Library) filed a Notice of Clarification, indicating that the Library has no objection to Ku's request for a thirty-day extension of time to file her revised opening brief as directed in this Court's May 13, 2021 Order. The Library does object, however, to any motion for appointment of counsel or delay with this appeal. The Library points out that Ku has filed at least six cases in District Court and has previously prosecuted a case in this Court as a self-represented litigant, Jasoog Sanchez. *See Sanchez v. Great Falls Public Schools*, No. 03-338, 2003 MT 301N, 2003 Mont. LEXIS 760.

Under Montana law, no statutory authority exists to appoint counsel for a party in a civil matter, such as this. We recognize that Ku appears pro se in this appeal. "While we are predisposed to give pro se litigants considerable latitude in proceedings, that latitude cannot be so wide as to prejudice the other party[.]" *First Bank (N.A.)-Billings v. Heidema*, 219 Mont. 373, 376, 711 P.2d 1384, 1386 (1986). We observe that Ku represented herself in the District Court's underlying case concerning discrimination. We further observe that this Court sent Ku a copy of the Civil Appellate Handbook with its May 6, 2021 Order pointing out the deficiencies in her initial brief. We conclude that Ku is not entitled to representation of counsel in this appeal.

Upon review of Ku's Motion and the Library's Notice of Clarification, therefore,

IT IS ORDERED that Ku's Motion for Extension of Time is GRANTED, and Ku has until Monday, June 14, 2021, within which to prepare, serve, and file her opening brief.

IT IS FURTHER ORDERED that Ku's Motion for Appointment of Counsel is DENIED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Jada Ku personally.

DATED this 19ᵗʰ day of May, 2021.

For the Court,

By _____
Chief Justice